FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 FEB -2 PM 2: 53
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLARENCE R. LOGUE, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-240
)
CHATHAM COUNTY DETENTION )
CENTER, et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review, the Court concurs with the report and recommendation, except as stated below.

The report and recommendation seeks to dismiss several Defendants with prejudice. However, Fed. R. Civ. P. 15 would still allow Plaintiff the opportunity to amend. Accordingly, these Defendants can only be dismissed without prejudice at this time. See Jemison v. Wise, 386 Fed. App'x 961, 965 (11th Cir. 2010) (unpublished) ("[T]he district court erred by dismissing [plaintiff's] complaint with prejudice before providing him with an opportunity to amend."). Instead of dismissal with prejudice, Defendants listed in the first sentence of the first full paragraph of Page 17 of the report and recommendation are

**DISMISSED WITHOUT PREJUDICE.** (Doc. 9 at 17.) Accordingly, the report and recommendation is **ADOPTED AS AMENDED** and is the Court's opinion in this case.

SO ORDERED this 2ND day of February 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA