FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR 31 PM 12: 35
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CLARENCE R. LOGUE, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-240 |
| DOCTOR PERSON; NURSE BAKER; and PRIVATE JOHNSON, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 31st day of MARCH, 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA