IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CLARENCE R. LOGUE, JR., Plaintiff, vs., SHERIFF AL ST. LAWRENCE, et al, Individually and in their official capacity – Doctor Pearson, Nurse Lora Baker – Individually and in their official capacity and, PVT JOHNSON, Individually and in their official capacity., Defendants. | CIVIL ACTION NO: 4:10-CV-240-WTM-GRS  PLAINTIFF CLARENCE R. LOGUE JR'S RESPONSE TO DEFENDANTS DERONDA PEARSON AND LORA BAKER'S MOTION FOR DISMISSAL |

COMES NOW, Clarence R. Logue, Jr., Plaintiff in the above styled case, and file this, his response to the Defendants Motion to Dismiss for Failure to Exhaust Administrative Remedies; pursuant to Fed. R. Civ. P. 12

First the Plaintiff would like to show that by his complaints Statement of Facts that many Administrative Grievances were filed (12) Twelve in all, and only (2) two were responded to. (9-24-10; 9-28-10; 9-29-10; 9-30-10; 10-1-10; 10-2-10; 10-5-10; 10-7-10; 10-8-10; 10-27-10; and 11-2-10.) Plaintiff claims that the staff at the jail and for PHS did not take his Administrative Grievances serious and deliberately ignored his complaints and threw them away.

It is believed the both Defendants Derenda Pearsen and Lara Baker took part in these acts.

 Plaintiff further states that the Defendants allegations of Not completing the grievance procedure in the 9-30-10 Grievance is false and can be seen on page 12 of 29 pages of Doc 24-1 Affidavit of MCARTHUR HOLMES — On the copy of this Grievance it is seen that Plaintiff circled (IDO) Desire TO APPEAL THIS DECISION" signed and dated 10-07-10. Underneath this appeal decision is printed "NO APPEAL" and signed by Lt. Mitchell on 10-7-10. Plaintiff Logues decision to appeal was repelled by Lt. Mitchell, this and the former complaint gives Plaintiff the clear and uncomprimised proof that the Administrative Grievance procedure at this Detention Center is futile and does not work. see Grievance # ~~1010~~ 10-10-0944-2

 Plaintiff further shows that he appealed his confinement to the Isolation cell and charged $2.00 for this appeal and it was not answered at the Administrative level or responded too — further proof that there is a major flaw in their Administrative Grievance Procedure.

 And the negative incident reports from 9-23-10 to 9-29-10 were from failing 6 AM Inspections because I could not hear the announcement that they were taking place due to medical problems. My hearing slowly returned and I then started to pass these Inspections.

Plaintiff would like to show the court that all of the administrative grievances he submitted were on copies of the triplicate grievance form. Therefore, there is no proof of any of these filed grievances due to the fact there is no carbon receipt used as policy of the Chatham County Detention Center, even though they claim this is their procedure.

## CONCLUSION

Upon careful review of the above stated facts, the Plaintiff requests that the Court review this record, reconsider any judgement by default for any of the named Defendants. And grant any relief this court deems just, proper, and equitable.

Date: April 12, 2011

_Clarence R Logue_
Clarence R Logue Jr
pro se

## Proof of Service

I Clarence R Logue, Jr, do swear under penalty of perjury that on this 12th day of April 2011, I did send with pre-paid postage, this document to

United States District Court        Nail & Miller LLP
P.O. Box 8286                       235 Peachtree St. N.E. S. 1500
Savannah, Ga. 31412                 Atlanta, Ga. 30303

Clarence R Logue, Jr, #290986
Rutledge State Prison
7175 Manor Rd.
Columbus, Ga. 31907

Clerk of the U.S. District Court
P.O. Box 8286
Savannah Ga, 31412

Legal Mail