IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLARENCE R. LOGUE, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-240
)
DOCTOR DERONDA PEARSON, NURSE )
LORA BAKER, and PRIVATE )
JOHNSON, )
)
    Defendants. )
)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 32), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, Defendants Doctor Deronda Pearson and Nurse Lora Baker's Motion to Dismiss for Failure to Exhaust Administrative Remedies (Doc. 24) is **GRANTED**, and the Clerk of Court is **DIRECTED** to terminate these two Defendants.[1]

SO ORDERED this 5th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Further, Plaintiff's Motion for Extension of Time (Doc. 31) is **DISMISSED AS MOOT**, as the Magistrate Judge's previous order (Doc. 30) that precipitated this filing has been vacated (Doc. 34 at 1 n.1).