Doc. 78

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAR 26 AM 10: 25
CLERK B. West
SO. DIST. OF GA.

CLARENCE R. LOGUE, JR.,
Plaintiff,

vs.,

PRIVATE JULIUS JOHNSON,
Defendant.

CASE NO: 4:10-CV-00240

# PLAINTIFF'S SWORN AFFIDAVIT AND RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

---

I, Clarence R. Logue, Jr., hereby swears under penalty of perjury that the facts stated in this affidavit are true and correct to the best of my knowledge.

On Sept. 16th 2010, Private Julius Johnson transported myself and inmate James McGloghlin, (correct spelling of lastname unknown), from Georgia State Prison, (G.S.P.) in Reidsville, Ga. to the Chatham County Detention Center, (C.C.D.C) in Savannah, Ga. The other officer, (name unknown), transported another inmate, (name unknown). In order to prove a genuine issue in my complaint I have submitted this sworn statement to the following facts and fear this may not be enough evidence for the court to deny summary judgment. * The Court should Note that on Jan. 25th 2012, the Plaintiff requested an extension of time to complete Discovery. And that this request was not responded to. Therefore I, the Plaintiff am confused on not having a ruling on these motion(s). It is my intentions to get sworn statements from the above said witnesses to verify truthfullness of the Defendants answers to the first set of Interogatories concerning relevant facts. Such as Private Johnsons stating he gave me the (tinted bi-focals) other glasses and confiscated the "broken" reading glasses.

[* see Doc 79]

These witnesses should be able to give statements on whether or not the reading glasses were in fact broken or not prior to Private Johnson taking all of our property; whether or not these two officers of the law traveled at speeds exceeding 90 M.P.H.

For the official record, I, Clarence Logue, swears that Private Johnson took both pairs of glasses from me and that they were not broke when he took them. That I did not get either pair returned to me. And also for the record they did travel at speeds in excess of 90 MPH when returning to Savannah. This can be proven by the miles traveled and time leaving GSP and arriving at C.C.D.C. It is my contention that if he lied about that he is likely to be giving false information concerning the eyeglasses. It can be told by transportations CCDC log books. Which I had all intentions of requesting through Discovery or subpoenaing at trial.

It can also be seen that I filed many grievances concerning this and other medical issues but, only two grievances were responded to. And it is believed that all other grievances were thrown out, (It should be noted as proof that I submitted copies of some of the unanswered grievances re: The inactions of Doctor Deronda Person). Even the grievance they answered concerning the glasses was not allowed to be appealed to the highest level by Lt. Mitchelle (see Grievance #10-10-0944-2).

My sworn statements, grievances; and the Defendants short response to the first set of Interrogatories show a genuine dispute as to that material fact therefore summary judgment should not be granted for the Defendant.

The very fact, under Rule 56(f) of Federal Rules of Civil Procedure, that I am unable to get the declarations and/or affidavits from witnesses, summary judgment should be denied or, at the very least a continuance should be granted. Some Courts have been very supportive of the fact that state—

prisoners may need extra time to get declarations, see Harris-V. Pate, 440 F.2d 315, 318 (7th Cir. 1971).

It is my belief that this case should be allowed to go to a Jury Trial, basing that belief on the fact that this genuine dispute is my word against his, (Private Johnson). And the fact that when a Judge considers a motion for summary judgment, he or she is supposed to view the evidence submitted by both sides "in the light most favorable to the party opposing the motion." see-Adickes v. S.H. Kress & Co., 398 U.S. 144, 157, 160 (1970); see also,-Curry V. Scott, 249 F.3d 493, 505 (6th Cir. 2001).

Wherefore, with the above given sworn statements and response in opposition to Defendants motion for summary judgment, the Plaintiff prays the Court will deny Defendants motion for summary judgment and allow this case to proceed to trial.

Respectfully submitted this 20th day of March 2012.

Clarence R Logue Jr

PROOF OF SERVICE

I Clarence Logue, hereby does certify that I did send this document by pre-paid U.S. Mail to:

United States District Court
Clerks Office
P.O Box 8286
Savannah Ga. 31412

on this 20th day of March 2012

signed: Clarence R Logue Jr

Clarence K. Logue, Jr., #240986
Rutledge State Prison
7175 Manor Rd.
Columbus Ga. 31907

To: Clerks Office
United States District Court
P.O. Box 8286
Savannah, Ga. 31412

Legal Mail

Case No: 4:10-CV-00240