UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAR 26 AM 10:25
CLERK B. W.
SO. DIST. OF GA.

CLARENCE R. LOGUE, JR.,
Plaintiff,

vs.,

PRIVATE JULIUS JOHNSON,
Defendant.

CASE NO: 4:10-CV-00240

STATEMENT OF MATERIAL FACTS

---

I, CLARENCE R. LOGUE, JR., hereby swears under penalty of perjury that the following statements are true and correct to the best of my knowledge.

In question ~~one~~ fource of Plaintiffs first set of interrogatories the defendant states; "Plaintiff had two pair of eyeglasses at that time. One of the eyeglasses had a broken handle. I confiscated the broken pair of eyeglasses and I allowed Mr. Logue to keep the undamaged pair of eyeglasses on his person."

Plaintiffs statement of material fact concerning this answer is this: If I was to even try to transport an arm off of metal rimmed eyeglasses, they would have been confiscated by Georgia Dept. of Correction, (G.D.C.), officers at the prison prior to being transported. They would have been seen as a weapon. They were not broken until they came into possession by Private Johnson. And if he had given me the tinted state issued bi-focal eyeglasses, I would not have had complaint of not having reading glasses because reading glasses are part of the bi-focals.

In question six of Plaintiffs first set of interrogatories the defendant states; "The only disagreement I had with Logue was when I had to confiscate the broken pair of eyeglasses from him."

Plaintiffs statement of Material Fact concerning this answer is:
It is true we had a disagreement about him accusing me of possibly transporting tobacco into the jail. And if Private Johnson had elaborated on the disagreement we had about the broken eyeglasses he would have said that I accused him at that time of breaking my eyeglasses. A fact-finder could deduce that at this time ~~to~~ Private Johnson would have given the other pair of tinted bi-focal eyeglasses to me but, he never did. I believed later when I was on my way to Unit one that my glasses were put in with my property - Therefore, I asked the hispanic officer, (name unknown), who worked in property to get my glasses for me. It was later found by Grievance #10-10-944-2 that my state issued glasses were not in property. And it is believed that Private Johnson took them to cause me harm and it was an intentional act.

I have requested from Chatham County Detention Center, ~~information~~ information to see if there was ever conflict in our past but, as far as I can remember there never was. Although, I have had alot of problems at CCDC with deputys there as to name them I am unable to. Private Johnson and I could have had problems in the past and I have just forgotten about it, and he hasn't.

Respectfully submitted this 20th day of March 2012

Clarence R Logan Jr.

I certify that this 20th day of March, 2012, a correct copy of this Motion was sent by pre-paid U.S. Mail to all parties at the addresses on record in this case

Clarence R Logan Jr.

Clarence K. Logue, Jr., #240486
Rutledge State Prison
7175 Manor Rd.
Columbus Ga. 31907

To: Clerks Office
United States District Court
P.O. Box 8286
Savannah, Ga. 31412

Legal Mail

Case No: 4:10-CV-00240